**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

ANGIE R. RUSHING )
)
      Plaintiff, )
)
Vs. )     Civil Action No. 4:24-cv-85-GHD-JMV
)
CITY OF LELAND (MISSISSIPPI) )
POLICE DEPARTMENT, and )
JOHN DOES A, B and C, )
)
      Defendants. )
_____)

**JURY TRIAL DEMANDED**

**C O M P L A I N T**

This is an action to recover actual and liquidated damages for racial discrimination and sexual harassment in the workplace.

1.

Plaintiff, ANGIE R. RUSHING, is a female, adult resident citizen of Washington County Mississippi, residing at 534 Wildwood Drive, Greenville, Mississippi 38701.

2.

Defendant, LELAND (MISSISSIPPI) POLICE DEPARTMENT, is a municipality, governmental entity, and/or political subdivision of the State of Mississippi, acting in its official capacity or under color of office or governmental legal authority. Defendant may be served with legal process by serving the *Summons* and *Complaint* upon Aundrea Barber, City Clerk for the City of Leland, Mississippi, or La'Monica Hackler, Deputy Clerk. Defendant is an employer within the meaning of Title VII of the Civil Rights Act of 1964.

3.

JOHN DOES A, B and C are parties whose names and identities are currently unknown to Plaintiff despite reasonable efforts to identify such parties. Nevertheless, these parties are, or may be liable to Plaintiff for damages incurred as the result of the subject incident referenced below. When the true names of such unknown parties are identified, Plaintiff will seek to amend her *Complaint* and identify the names of such parties pursuant to Rules 9 and 15 of the Federal Rules of Civil Procedure.

4.

This Court has federal question jurisdiction under 28 U.S.C. § 1331 and civil rights jurisdiction under 28 U.S.C. § 1343, for a cause of action arising under the Civil Rights Act of 1964, 42 U.S.C. § 2000, *et seq.*

5.

Plaintiff is a female law enforcement officer with decades of experience and was employed by Defendant as a police officer. Plaintiff was hired by Defendant on or about October 2021.

6.

On or about September 21, 2022, Plaintiff was sexually harassed by the Chief of Police for the Leland Police Department, who improperly groped her, touched her without permission, and forced other unwelcomed sexual advances toward Plaintiff. As a result of the refusal of the sexual advances made by the Chief of Police, Plaintiff was terminated on October 4, 2022, in violation of Title VII of the Civil Rights Act of 1964, because of her race and for her refusal to engage in unwanted sexual advances, and other illegal employment practices which will be proven at trial. The egregious conduct of Defendant and its employees created a hostile work environment.

2

7.

As a result of the discrimination against Plaintiff, she filed a *Charge of Discrimination* with the United States Equal Employment Opportunity Commission ("EEOC"), who investigated this matter via EEOC Charge No. 423-2023-00127. A copy of the EEOC *Charge of Discrimination* is attached hereto as **Exhibit "1"** and incorporated herein by reference. After investigation of this matter under the separate charges of discrimination, the Area Director for the EEOC determined that the City of Leland and its employees, including the Chief of Police, sexually harassed Plaintiff, in violation of Title VII of the Civil Rights Act of 1964. The EEOC also determined the Defendant improperly terminated Plaintiff because of her race and for opposing the sexual advances made toward her in violation of §704(a) of Title VII of the Civil Rights Act of 1964, as amended. A copy of the *Letter of Determination* dated April 4, 2024 from the EEOC is attached hereto as **Exhibit "2"** and incorporated herein by reference.

8.

Pursuant to the *Letter of Determination*, the EEOC recommended the parties undergo the conciliation process. While Plaintiff was agreeable to such conciliation process, the City of Leland and/or its legal counsel refused such attempts at conciliation. Accordingly, on August 9, 2024, the EEOC issued its *Notice of Right to Sue* letter, a copy of which is attached hereto as **Exhibit "3"** and which is incorporated herein by reference.

9.

All administrative prerequisites to the filing of this *Complaint* have been met.

10.

Because of the poor job market in the Mississippi Delta, there was a delay before Plaintiff found other employment, which was not her usual employment. Plaintiff now earns significantly

3

less than she did while working for the Defendant. Also, comparable positions like Plaintiff held while employed by the Defendant are hard to come by in the Mississippi Delta, especially for experienced female law enforcement officers.

11.

Plaintiff is entitled to actual and liquidated damages and damages for front pay as a result of her termination. Plaintiff has suffered lost income and mental anxiety as a result of the loss of employment.

**REQUEST FOR RELIEF**

Plaintiff requests actual and liquidated damages for racial discrimination and sexual harassment in the workplace in an amount to be determined by a jury, front pay, emotional distress, lost wages, retaliation/wrongful termination, punitive damages, reasonable attorney's fees, costs, and expenses.

**RESPECTFULLY SUBMITTED,** this the ___11___ day of September, 2024.

ANGIE R. RUSHING, Plaintiff

By: _____
BRITT VIRDEN  (MSB #10022)
*Counsel for Plaintiff*

OF COUNSEL:

VIRDEN LAW FIRM, PLLC
143 N. Edison Street (38701)
P. O. Box 1871
Greenville, MS  38702-1871
Telephone:  (662) 378-9466
Facsimile:  (662) 378-2246
Email:    bvirden@virdenlawfirm.com

4